UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY OLIVER, TERRY GAYLE QUINTON, SHAWN O'KEEFE, ANDREW AMEND, SUSAN BURDETTE, GIANNA VALDES, DAVID MOSKOWITZ, ZACHARY DRAPER, NATE THAYER and MICHAEL THOMAS REID on behalf of themselves and all others similarly situated,<br><br>                                     Plaintiffs,<br><br>-against-<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>                                     Defendants. | Case No. 1:19-cv-00566 |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Class Action Complaint, Defendants American Express Company and American Express Travel Related Services Company, Inc., by their attorneys, hereby move this Court, before Honorable Nicholas G. Garaufis, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, for an order dismissing the Class Action Complaint for lack of Article III standing pursuant to Fed. R. Civ. P. 12(b)(1), or for lack of antitrust standing pursuant to Fed. R. Civ. P. 12(b)(6); and granting such other and further relief as the Court deems just and proper.

May 1, 2019                                                    CRAVATH, SWAINE & MOORE LLP,

                                                                   by

                                                  /s/ Peter T. Barbur
                                                    Evan R. Chesler
                                              *echesler@cravath.com*
                                                Peter T. Barbur
                                              *pbarbur@cravath.com*
                                                Rory A. Leraris
                                              *rleraris@cravath.com*
                                                Members of the Firm

                                                  Worldwide Plaza
                                                825 Eighth Avenue
                                                New York, NY
                                                (212) 474-1000

*Attorneys for Defendants American Express Company and American Express Travel Related Services Company, Inc.*