UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY OLIVER, TERRY GAYLE QUINTON, SHAWN O'KEEFE, ANDREW AMEND, SUSAN BURDETTE, GIANNA VALDES, DAVID MOSKOWITZ, ZACHARY DRAPER, NATE THAYER and MICHAEL THOMAS REID on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>                      Defendants. | Case No. 1:19-cv-00566 (NGG)(SJB)<br><br>**CLASS ACTION** |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND
<u>UNOPPOSED MOTION FOR LEAVE TO AMEND</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion For Leave To Amend, Plaintiffs Anthony Oliver, Terry Gayle Quinton, Shawn O'Keefe, Andrew Amend, Susan Burdette, Gianna Valdes, David Moskowitz, Zachary Draper, Nate Thayer and Michael Thomas Reid ("Plaintiffs"), by their attorneys of record, hereby move this Court, before the Honorable Magistrate Judge Sanket J. Bulsara, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, for an order granting Plaintiffs' request pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file their proposed Amended Class Action Complaint, a copy of which is attached as Exhibit 1 to the accompanying Declaration of Todd A. Seaver in Support of Plaintiffs' Unopposed Motion For Leave To Amend.

The grounds for the amendment are to allow Plaintiffs to join fifteen individual consumers as party-plaintiffs who are alleged to have relevant transactions as residents of those states for which damages claims arising under state antitrust and/or consumer protection statutes the Court has sustained. Plaintiffs respectfully request that their motion for leave to file the proposed amended pleading be granted pursuant to Rule 15(a)(2). Amendment is sought in good faith, is not prejudicial to Defendants, is not unduly delayed, and is not futile. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

This Motion is based on the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion For Leave To Amend; the Declaration of A. Seaver in Support of Plaintiffs' Unopposed Motion For Leave To Amend, and the exhibits attached thereto; all pleadings and records filed herein; the argument of counsel; and such oral and documentary evidence as may be presented at the hearing of this motion.

DATED:  August 19, 2021                    Respectfully submitted,

**BERMAN TABACCO**

By:   */s/ Todd A. Seaver*
      Todd A. Seaver

Joseph J. Tabacco, Jr. (JT1994)
Colleen Cleary
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
      tseaver@bermantabacco.com
      ccleary@bermantabacco.com

Gordon Ball
Jonathan T. Ball
**GORDON BALL LLC**
7001 Old Kent Dr.
Knoxville, TN 37919
Telephone: (865) 525-7028
Facsimile: (865) 525-4679
Email: gball@gordonball.com

*Co-Chairs of Plaintiffs' Executive Committee*

Jay B. Shapiro
Samuel O. Patmore
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
Email: jshapiro@stearnsweaver.com
      spatmore@stearnsweaver.com

Christopher Lovell
Gary S. Jacobson
**LOVELL STEWART HALEBIAN  JACOBSON LLP**
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775
Email:  clovell@lshllp.com
      gsjacobson@lshllp.com

Marvin A. Miller
Andrew Szot
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676
Email: mmiller@millerlawllc.com
       aszot@millerlawllc.com

Jared B. Stamell
Richard J. Schager, Jr.
Andrew Goldenberg
**STAMELL & SCHAGER, LLP**
260 Madison Ave., 16/F
New York, NY 10016-2410
Telephone: (212) 566-4057
Facsimile: (212) 566-4061
Email: stamell@ssnylaw.com
       schager@ssnylaw.com
       goldenberg@ssnylaw.com

Simon Paris
**SALTZ MONGELUZZI & BENDESKY**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282
Facsimile: (215) 496-0999
Email: sparis@smbb.com

Eric. D. Barton
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue Suite 300
Kansas City MO 64112
Telephone: (816) 701-1167
Facsimile: (816) 531-2372
Email: ebarton@wcllp.com

Lewis S. Kahn
Melinda A. Nicholson
**KAHN SWICK & FOTI, LLC**
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com
       melinda.nicholson@ksfcounsel.com

*Plaintiffs' Executive Committee*