

February 15, 2023

VIA EMAIL

Evan R. Chesler
Peter T. Barbur
Rory A. Leraris
Rebecca J. Schindel
Michael J. Zaken
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Re: *Oliver v. American Express Co.*, Case No. 1:19-cv-00566(NGG)(SJB)

Dear Counsel:

Pursuant to Section V.B. (the "Bundling Rule") of the Individual Rules of Judge Nicholas G. Garaufis, Plaintiffs hereby serve the following documents:

- Reply in Support of Plaintiffs' Motion for Leave to Amend;
- Declaration of Carl N. Hammarskjold in Support of Plaintiffs' Motion for Leave to Amend; and
- Proof of Service.

Yours truly,

*/s/ Todd A. Seaver*

Todd A. Seaver

425 California Street | Suite 2300 | San Francisco, CA 94104 | P 415 433 3200 | bermantabacco.com