UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY OLIVER, TERRY GAYLE QUINTON, SHAWN O'KEEFE, ANDREW AMEND, SUSAN BURDETTE, GIANNA VALDES, DAVID MOSKOWITZ, ZACHARY DRAPER, NATE THAYER, MICHAEL THOMAS REID, ALLIE STEWART, ANGELA CLARK, JOSEPH REALDINE, RICKY AMARO, ABIGAIL BAKER, JAMES ROBBINS IV, EMILY COUNTS, DEBBIE TINGLE, NANCI-TAYLOR MADDUX, SHERIE MCCAFFREY, MARILYN BAKER, WYATT COOPER, ELLEN MAHER, SARAH GRANT and GARY ACCORD on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>                Defendants. | Case No. 1:19-cv-00566 (NGG)(SJB)<br><br>CLASS ACTION |

## REQUEST FOR JULY 11, 2025 PRE-TRIAL CONFERENCE BEFORE MAGISTRATE JUDGE MARUTOLLO

Date Filed: July 1, 2025

On June 26, 2025, after this matter was referred to the Honorable Joseph A. Marutollo for jury selection, Judge Marutollo set a pre-trial conference for July 15, 2025, at 2:15 p.m. to review the parties' proposed voir dire and the protocol for jury selection.

Plaintiffs' counsel Whitney Z. Bernstein will be handling this conference for Plaintiffs and respectfully requests the conference occur on July 11, 2025, as counsel has a scheduling conflict with July 15, 2025. After conferring with defense counsel, the parties requested the Court reset the conference for the morning of July 11, 2025, and were directed to file this request by motion.

Accordingly, Plaintiffs respectfully move this Court to reset the July 15, 2025, pre-trial conference to the morning of July 11, 2025. Defendants have no objection to this request.

Respectfully submitted this 1st day of July 2025.

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Whitney Z. Bernstein*
    Whitney Z. Bernstein (admitted *pro hac vice*)

Thomas H. Bienert, Jr. (admitted *pro hac vice*)
Whitney Z. Bernstein (admitted *pro hac vice*)
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: tbienert@bklwlaw.com
      wbernstein@bklwlaw.com

## CERTIFICATE OF SERVICE

On July 1, 2025, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Leah Thompson*
Leah Thompson