UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTHONY OLIVER, *et al.*,

                              Plaintiffs,

    v.

AMERICAN EXPRESS COMPANY, *et al.*,

                              Defendants.
-----------------------------------------------------------------X

**ORDER**

19-CV-566 (NGG)

### CONSENT TO HAVE A JURY SELECTION PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    The United States District Judge who will preside at my trial has asked whether I will agree that a United States Magistrate Judge may preside over the selection of the jury that will decide my case.

    The assigned United States Magistrate Judge has explained to me that, while I have a right to have a United States District Judge preside over the selection of the jury that will decide my case, I may consent to have my jury selection proceed before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will preside over my jury selection.

    After having discussed this matter fully with my counsel, I hereby waive my right to have my jury selection proceed before a United States District Judge and I consent to have my jury selection proceed before a United States Magistrate Judge.

Dated: July 11, 2025

By: _____
      Attorney for Plaintiffs

_____
Attorney for the Defendants

Dated: Brooklyn, New York
       July 11, 2025

SO ORDERED.

_____
JOSEPH A. MARUTOLLO
United States Magistrate Judge