UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVID MOSKOWITZ, SHAWN O'KEEFE, ANDREW AMEND, ALLIE STEWART, ANGELA CLARK, RICKY AMARO, ABIGAIL BAKER, JAMES ROBBINS IV, EMILY COUNTS, DEBBIE TINGLE, WYATT COOPER, and SARAH GRANT, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,

                Defendants.

19-CV-566 (NGG) (JRC)

NICHOLAS G. GARAUFIS, United States District Judge.

# FINAL VERDICT SHEET

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. **<u>Your answer to each question must be unanimous</u>**.

*      *      *

We, the jury, unanimously find the following general verdict and answer the questions submitted to us:

## Antitrust Claims

### Question No. 1:

Did the Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, the existence of a relevant product market?

To answer circle either:   (Yes)   or   No

**If you answered "Yes" to Question 1 then continue to Question 2.**

**If you answered "No" to Question 1 then proceed to "Illinois Claim."**

**Question No. 2:**

If you answered "yes" to Question 1, please specify each relevant product market that Plaintiffs proved:

The relevant product market is the two sided market for credit card transactions in the United States.

**Continue to Question 3.**

## Question No. 3:

Did the Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that American Express's Non-Discrimination Provisions unreasonably restrain trade in the relevant product market(s)?

To answer circle either:   Yes   or   (**No**)

**If you answered "Yes" to Question 3 then continue to Question 4.**

**If you answered "No" to Question 3 then proceed to "Illinois Claim."**

**Question No. 4:**

Did Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the Non-Discrimination Provisions caused injury to the Plaintiffs' business or property?

| | | | | |
|---|---|---|---|---|
| Alabama debit card class | To answer circle either: | Yes | or | No |
| District of Columbia debit card class | To answer circle either: | Yes | or | No |
| District of Columbia non-rewards credit card class | To answer circle either: | Yes | or | No |
| Kansas debit card class | To answer circle either: | Yes | or | No |
| Kansas non-rewards credit card class | To answer circle either: | Yes | or | No |
| Maine debit card class | To answer circle either: | Yes | or | No |
| Mississippi debit card class | To answer circle either: | Yes | or | No |
| North Carolina debit card class | To answer circle either: | Yes | or | No |
| Oregon debit card class | To answer circle either: | Yes | or | No |
| Utah debit card class | To answer circle either: | Yes | or | No |

**If you answered "Yes" to any part of Question 4 then continue to Question 5.**

**If you answered "No" to all parts of Question 4 then proceed to "Illinois Claim."**

**Question No. 5:**

We award the following amounts of compensatory damages separately to each designated class of Plaintiffs:

| | |
|---|---|
| Alabama debit card class | $ |
| District of Columbia debit card class | $ |
| District of Columbia non-rewards credit card class | $ |
| Kansas debit card class | $ |
| Kansas non-rewards credit card class | $ |
| Maine debit card class | $ |
| Mississippi debit card class | $ |
| North Carolina debit card class | $ |
| Oregon debit card class | $ |
| Utah debit card class | $ |

**Proceed to "Illinois Claim."**

## Illinois Claim

### Question No. 6:

Did the Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that American Express engaged in an unfair act or practice?

To answer circle either:    Yes   or   No

**If you answered "Yes" to Question 6 then continue to Question 7.**

**If you answered "No" to Question 6 then proceed to "Mitigation."**

### Question No. 7:

Did the Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that American Express intended for the Illinois Plaintiffs to rely on the unfair act or practice?

To answer circle either:   (Yes)   or   No

**If you answered "Yes" to Question 7 then continue to Question 8.**

**If you answered "No" to Question 7 then proceed to "Mitigation."**

## Question No. 8:

Did the Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the unfair act or practice occurred in the course of trade or commerce?

To answer circle either:   Yes   or   No

**If you answered "Yes" to Question 8 then continue to Question 9.**

**If you answered "No" to Question 8 then proceed to "Mitigation."**

### Question No. 9:

Did the Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the unfair act or practice proximately caused actual damages to the Illinois Plaintiffs?

| | | |
|---|---|---|
| Illinois debit card class | To answer circle either: | Yes   or   **No** (circled) |
| Illinois non-rewards credit card class | To answer circle either: | **Yes** (circled)   or   No |

**If you answered "Yes" to any part of Question 9 then continue to Question 10.**

**If you answered "No" to all parts of Question 9 then proceed to "Mitigation."**

## Question No. 10:

We award the following amounts of compensatory damages separately to each designated class of Illinois Plaintiffs:

| Illinois debit card class | $ 0 |
|---|---|
| Illinois non-rewards credit card class | $ 6,006,339.55 |

**Proceed to Question 11.**

Question No. 11:

We award the following amounts of punitive damages separately to each designated class of Illinois Plaintiffs:

| Illinois debit card class | $ 0 |
|---|---|
| Illinois non-rewards credit card class | $ 6,500,000 |

If you awarded damages in response to Questions 5, 10, or 11, proceed to Question 12.

If you did not award any damages, proceed to "End of Verdict Form."

## Mitigation

### Question No. 12:

Did American Express prove, by a preponderance of the evidence and in accordance with the instructions given to you, (1) that Plaintiffs acted unreasonably in failing to take specific steps to minimize or limits their losses; (2) that the failure to take those specific steps resulted in losses being greater than they would have been had Plaintiffs taken such steps; and (3) the amount by which Plaintiffs' losses would have been reduced had Plaintiffs taken those steps?

To answer circle either:    Yes    or    (**No**) 

**If you answered "Yes" to Question 12 then continue to Question 13.**

**If you answered "No" to Question 12 then proceed to "End of Verdict Form."**

**Question No. 13:**

State the total dollar amount by which Plaintiffs' losses would have been reduced had Plaintiffs taken steps to minimize or limits their losses:

| | |
|---|---|
| Alabama debit card class | $_____ |
| District of Columbia debit card class | $_____ |
| District of Columbia non-rewards credit card class | $_____ |
| Illinois debit card class | $_____ |
| Illinois non-rewards credit card class | $_____ |
| Kansas debit card class | $_____ |
| Kansas non-rewards credit card class | $_____ |
| Maine debit card class | $_____ |
| Mississippi debit card class | $_____ |
| North Carolina debit card class | $_____ |
| Oregon debit card class | $_____ |
| Utah debit card class | $_____ |

**Proceed to "End of Verdict Form."**

---

### END OF VERDICT FORM

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

---

We, the jury, return this verdict form as our verdict in this case.

_Aug. 28, 2025_
DATE

_M. Rodriguez_
FOREPERSON