UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MOSKOWITZ, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>                Defendants. | Case No. 1:19-cv-00566 (NGG)(JRC)<br><br>**CLASS ACTION** |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

Date filed: January 23, 2026

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement, Plaintiffs, by their attorneys of record, respectfully move this Court before Honorable Nicholas G. Garaufis, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, for an order preliminarily approving the proposed settlement (the "Motion").

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement, the proposed Settlement Agreement with exhibits thereto, the Declaration of Todd A. Seaver, the Declaration of Elaine Pang with exhibits thereto, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider.

Dated: January 23, 2026                    **BERMAN TABACCO**


By:    */s/ Todd A. Seaver*
          Todd A. Seaver (admitted *pro hac vice*)

Joseph J. Tabacco, Jr. (JT1994)
Carl N. Hammarskjold (admitted *pro hac vice*)
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
          tseaver@bermantabacco.com
          chammarskjold@bermantabacco.com

1

Gordon Ball (admitted *pro hac vice*)
**GORDON BALL PLLC**
3728 West End Avenue
Nashville, TN 37205
Telephone: (865) 525-7028
Facsimile: (865) 525-4679
Email: gball@gordonball.com

*Co-Chairs of Plaintiffs' Executive Committee*

Jay B. Shapiro (admitted *pro hac vice*)
Samuel O. Patmore
**STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
Email: jshapiro@stearnsweaver.com
        spatmore@stearnsweaver.com

Christopher Lovell
Gary S. Jacobson
**LOVELL STEWART HALEBIAN
JACOBSON LLP**
500 5th Avenue, Suite 2440
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4775
Email: clovell@lshllp.com
        gsjacobson@lshllp.com

Marvin A. Miller
Andrew Szot (admitted *pro hac vice*)
**MILLER LAW LLC**
53 W. Jackson Blvd., Suite 1320
Chicago, IL 60604
Telephone: (312) 332-3400
Facsimile: (312) 676-2676
Email: mmiller@millerlawllc.com
        aszot@millerlawllc.com

Jared B. Stamell
Richard J. Schager, Jr.
**STAMELL & SCHAGER, LLP**
260 Madison Ave., 16/F
New York, NY 10016-2410
Telephone: (212) 566-4057
Facsimile: (212) 566-4061
Email:  stamell@ssnylaw.com
       schager@ssnylaw.com

Simon Paris (admitted *pro hac vice*)
**SALTZ MONGELUZZI & BENDESKY**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282
Facsimile: (215) 496-0999
Email:  sparis@smbb.com

Eric. D. Barton
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue Suite 300
Kansas City MO 64112
Telephone: (816) 701-1167
Facsimile: (816) 531-2372
Email: ebarton@wcllp.com

Lewis S. Kahn
Melinda A. Nicholson
**KAHN SWICK & FOTI, LLC**
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email:  lewis.kahn@ksfcounsel.com
       melinda.nicholson@ksfcounsel.com

*Plaintiffs' Executive Committee*

3

Robert G. Methvin
James M. Terrell
Brooke B. Rebarchak
**METHVIN TERRELL YANCEY STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399
Email: rgm@mtattorneys.com
    jterrell@mtattorneys.com
    brebarchak@mtattorneys.com

Michael R. Williams
Thomas H. Bienert, Jr.
Daniel Z. Goldman
Whitney Z. Bernstein
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: mwilliams@bklwlaw.com
    tbienert@bklwlaw.com
    dgoldman@bklwlaw.com
    wbernstein@bklwlaw.com

Daniel R. Karon
Beau D. Hollowell
**KARON LLC**
700 W. St. Clair Ave, Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
Facsimile: (216) 241-8175
Email: dkaron@karonllc.com
    bhollowell@karonllc.com

Daniel Cohen (admitted *pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave, NW, Suite 200
Washington, D.C., 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
Email: danielc@cuneolaw.com

*Additional Plaintiffs' Counsel*

4